**FILED**
CLERK, U.S. DISTRICT COURT

1/18/2024

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ___CDO___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LUPE LOUISE ROSE,<br><br>　　　　Defendant. | CR No. 2:24-cr-00037-GW<br><br>I N D I C T M E N T<br><br>[15 U.S.C. §§ 78j(b), 78ff and 17 C.F.R. § 240.10b-5: Securities Fraud; 18 U.S.C. § 1001(a)(2): Making False Statements; 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

### COUNTS ONE THROUGH THIRTY-EIGHT

[15 U.S.C. §§ 78j(b), 78ff; 17 C.F.R. § 240.10b-5]

A.  INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1. Defendant LUPE LOUISE ROSE was a resident of Palmdale, California.

2. Defendant ROSE founded SHE Beverage Company, Inc. ("SHE Beverage") in approximately 2009 and incorporated SHE Beverage in 2015. SHE Beverage was a California corporation with its principal place of business Lancaster, California.

3. Defendant ROSE was the President, Chief Executive Officer, and Chairman of the Board of Directors of SHE Beverage. Defendant ROSE exercised day-to-day control over SHE Beverage, including meeting with beverage manufacturers, purchasing inventory, marketing, and delivering product.

4. Defendant ROSE caused SHE Beverage to purchase several companies (the "Shell Companies") in exchange for shares in SHE Beverage. Defendant ROSE operated SHE Beverage as a parent company over the Shell Companies. Although the Shell Companies were separately incorporated and held separate associated bank accounts, they did not have separate offices, employees, or any other expenses or revenues and were effectively shell companies that defendant ROSE used for her own purposes.

5. Defendant ROSE promoted SHE Beverage as a women-owned beverage manufacturer that marketed and sold beer, wine, bottled water and other products purported designed specifically to cater to women's needs primarily to female consumers.

6. Defendant ROSE raised investment funds for SHE Beverage by issuing shares in SHE Beverage that constituted "securities" within the meaning of the Securities Exchange Act of 1934. Between 2017 and 2020, defendant ROSE raised investments in SHE Beverage amounting to more than $13.5 million from more than 1,000 investors nationwide.

7. Defendant ROSE caused SHE Beverage to offer and sell securities using offering memoranda, investment guides, its websites, emails, and verbal communications.

8. Defendant ROSE opened and maintained control over business checking accounts held in the name of SHE Beverage at Wells Fargo Bank ending in x4064, x7657, x7699, x8381, and x8407.

9. Defendant ROSE opened and maintained control over a business checking account held in the name of SHE Beverage at Bank of America ending in x9000.

10. Defendant ROSE caused investor funds to be deposited into the SHE Beverage accounts at Wells Fargo Bank and Bank of America.

11. Investors purchased shares in SHE Beverage using cashier's checks, personal checks, interstate wires, credit cards, PayPal, cash, and direct deposit into SHE Beverage's bank accounts.

12. Between approximately October 2017 and mid-June 2018, defendant ROSE caused SHE Beverage to offer and sell its shares through an offering memorandum (the "2017 OM"). The 2017 OM offered shares in SHE Beverage's common stock at $2.50 per share. Defendant ROSE provided and caused to be provided the 2017 OM to prospective investors in SHE Beverage during in-person meetings.

13. Beginning in or about mid-June 2018, defendant ROSE caused SHE Beverage to offer and sell stock to investors through a private placement memorandum dated June 20, 2018 (the "2018 PPM"). Defendant ROSE worked with an outside consultant to prepare the 2018 PPM, which defendant ROSE approved before it was provided to the public. The 2018 PPM offered up to 10,000 shares in SHE Beverage's common stock at $2.50 per share.

14. Defendant ROSE also caused SHE Beverage to solicit investors using a 2018 SHE Beverage Investment Guide and Corporate Update (the "2018 Investment Guide"). The 2018 Investment Guide was distributed at investor meetings along with the 2018 PPM.

15. Between approximately 2018 and 2020, SHE Beverage hosted in-person investor meetings, attended by SHE Beverage's principals

and prospective and current investors.  Some investor meetings were live-streamed on the internet to out-of-town investors.

16.  Defendant ROSE presided over the investor meetings, gave presentations at the meetings, and solicited new investors at the meetings.

17.  Defendant ROSE caused SHE Beverage to make its offering materials available at the investor meetings, including the 2018 PPM and the 2018 Investment Guide.

B.  SCHEME TO DEFRAUD SHE BEVERAGE INVESTORS

18.  Beginning no later than 2017, and continuing through at least in or about December 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant ROSE, knowingly and willfully, directly and indirectly, by the use of the means and instrumentalities of interstate commerce and the mails, in connection with the purchase and sale of SHE Beverage securities, used and employed manipulative and deceptive devices and contrivances by: (1) employing a scheme to defraud; (2) making untrue statements of material facts and omitting to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and (3) engaging in acts, practices, and courses of business which operated and would operate as a fraud and deceit upon purchasers and prospective purchasers of SHE Beverage securities (the "victim-investors"), by causing materially false and fraudulent statements and material omissions to be made to the victim-investors, including materially false and fraudulent statements and material omissions about the use of the funds raised by the sale of SHE Beverage securities to the victim-investors.

19. The scheme to defraud operated, in substance, as follows:

   a. Defendant ROSE marketed SHE Beverage to the victim-investors as a successful beverage company. To persuade victim-investors to purchase shares in SHE Beverage, defendant ROSE caused SHE Beverage to provide the victim-investors with brochures and offering documents, including the 2017 OM, the 2018 PPM, and the 2018 Investment Guide that falsely stated that the money raised from victim-investors through the sale of SHE Beverage shares would be used to fund the operations of SHE Beverage. In fact, defendant ROSE did not invest the vast majority of funds raised from the sale of SHE Beverage shares as she had promised and caused to be promised to the victim-investors. Instead, defendant ROSE used the funds personally to enrich herself and her friends and family.

   b. Although SHE Beverage's 2017 OM represented that the "proceeds of the offering will be used for the Company's Business Plan and management has retained discretion to use the proceeds according to the Use of Proceeds of the Offering and for other related uses," it did not disclose that any proceeds would be used to personally enrich any SHE Beverage executive, whether as compensation or otherwise.

   c. The 2018 Investment Guide further stated that "owner funding and further investor generated cash flow will enable the expansion plan." Contrary to the representations made, defendant ROSE did not use or cause SHE Beverage to use the victim-investors' money to expand SHE Beverage but instead purchased the Shell Corporations to give the false appearance of expansion.

   d. The 2018 PPM represented that approximately 30% of offering proceeds, or approximately $4 million (representing 30% of

5

the $13.5 million of offering proceeds actually raised), would be used to purchase inventory.  Contrary to these representations to investors, between 2015 and 2021, defendant ROSE caused SHE Beverage to spend far less to purchase inventory than was represented in the 2018 PPM, that is, only approximately 2.5% of victim-investor funds raised through the offering -- approximately $300,000 – was spent on inventory. Defendant ROSE caused SHE Beverage to conceal from the victim-investors that the amount SHE Beverages spent on purchases of inventory was materially lower than the amount represented to victim-investors in the offering materials.

   e. The 2018 PPM represented that approximately 20% of the offering proceeds, or $2.7 million (representing 20% of the $13.5 million of offering proceeds actually raised), would be used for sales, salaries, and marketing.  Contrary to these representations to investors, between 2016 and 2021, defendant ROSE caused SHE Beverage to transfer approximately $6 million of the victim-investor funds raised in the offering to defendant ROSE and defendant ROSE's friends and family and concealed the following information from investors:

    i. That defendant ROSE spent more than $1 million of SHE Beverage funds at casinos;

    ii. That defendant ROSE caused additional SHE Beverage funds to be used to purchase cars and trucks for defendant ROSE's and her friends and family's personal use;

    iii. That defendant ROSE caused SHE Beverage funds to be used to pay for the lease on the house occupied by defendant ROSE; and

          iv. That defendant ROSE caused SHE Beverage funds to be used to purchase luxury clothing from retailers such as Gucci and Louis Vuitton.

     f. The 2018 PPM represented that "[t]he Company is a relatively new venture, which has generated approximately $4-5 million dollars in revenue and has an average profit margin of 40% across the span of its product lines." Contrary to its representations to investors, SHE Beverage had not generated $4-5 million dollars in revenue and defendant ROSE caused SHE Beverage to conceal the following material information regarding its actual revenue:

          i. As of the end of fiscal year 2018, SHE Beverage had sold less than $263,000 of merchandise; and

          ii. As of the end of fiscal year 2018, most of SHE Beverage's revenue was generated by renting SHE Beverage office space for parties, rather than any product sales. The PPM 2018 PPM did not identify events or party hosting as a source of revenues.

     g. The 2018 PPM represented that SHE Beverage sold bottled water made with a proprietary formula that cured cancer and spina bifida, had other health benefits (for heart health, fertility, aging, anxiety, PMS, and menopause) and was approved by the United States Food and Drug Administration ("FDA"). Defendant ROSE also falsely told investors at an investor meeting that SHE Beverage water was approved by the FDA to "assist with cancer, diabetes, autism, stress, anxiety. . . ." Contrary to defendant ROSE's claims, SHE Beverage's bottled water had not been approved by the FDA.

     h. Defendant ROSE falsely told investors that she had prior business experience, including the development of the

7

McDonalds' Bagel Sandwich and the creation of the Versace "Tribute" clothing line.  Contrary to defendant ROSE's claims, defendant ROSE did not develop McDonald's Bagel Sandwich nor did she create Versace's "Tribute" clothing line.

        i.    To create the false impression that shares in SHE Beverage that victim-investors had purchased or were contemplating purchasing would increase in value, defendant ROSE also falsely represented through the PPM and in-person at investor meetings that prospective buyers had offered to purchase SHE Beverage, including, a purported $500 million offer from a marketing company called 5Linx, and a purported $120 million offer from the Beam Group.  In fact, neither 5Linx nor the Beam Group had offered to buy SHE Beverage.

        j.    To create the false impression that defendant ROSE was an experienced businesswoman and that investments and potential investments in SHE Beverage were safe, defendant ROSE also falsely represented through the PPM that her educational background was as follows: "Business Administration with an Emphasis in Marketing, University of San Diego, National College of San Diego, and other professional certificates in the field of Medicine, Journalism, Broadcasting, Education and Company Branding."  In fact, defendant ROSE did not attend any of these institutions and did not have any professional certificates.

        k.    In executing the fraudulent scheme described above, defendant ROSE, operating through SHE Beverage, fraudulently obtained custody and control of approximately $13.5 million from the victim-investors. By October 7, 2021, when defendant ROSE closed the Wells Fargo SHE Beverage Account x8407, the account had a $0 balance.

## C. EXECUTION OF THE FRAUDULENT SCHEME

20. On or about the dates set forth below, within the Central District of California, and elsewhere, for the purpose of executing the above-described scheme to defraud, and in furtherance of the manipulative and deceptive devices described above, defendant ROSE directly and indirectly caused the following wire transfers, and uses of a means and instrumentality of interstate commerce, into the SHE Beverage Wells Fargo Account ending in x8407 (the "SHE Beverage Account") in connection with the purchase and sale of SHE Beverage securities:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| ONE | 01/22/2019 | Transfer of approximately $15,000 from Investor 1, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| TWO | 01/22/2019 | Transfer of approximately $5,000 from Investor 2, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| THREE | 01/28/2019 | Transfer of approximately $125,000 from Investor 3, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| FOUR | 02/01/2019 | Transfer of approximately $25,000 from Investor 4, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| FIVE | 02/21/2019 | Transfer of approximately $25,000 from Investor 5, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| SIX | 03/01/2019 | Transfer of approximately $2,000 from Investor 6, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| SEVEN | 03/01/2019 | Transfer of approximately $5,000 from Investor 7, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| EIGHT | 03/06/2019 | Transfer of approximately $5,000 from Investor 8, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| NINE | 03/07/2019 | Transfer of approximately $30,000 from Investor 9, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| TEN | 03/19/2019 | Transfer of approximately $10,000 from Investor 10, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| ELEVEN | 03/20/2019 | Transfer of approximately $5,000 from Investor 11, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| TWELVE | 03/20/2019 | Transfer of approximately $5,000 from Investor 12, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| THIRTEEN | 03/28/2019 | Transfer of approximately $20,000 from Investor 13, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| FOURTEEN | 03/28/2019 | Transfer of approximately $25,000 from Investor 14, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| FIFTEEN | 03/29/2019 | Transfer of approximately $10,000 from Investor 15, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| SIXTEEN | 04/01/2019 | Transfer of approximately $6,500 from Investor 16, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| SEVENTEEN | 04/01/2019 | Transfer of approximately $50,000 from Investor 17, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| EIGHTEEN | 05/23/2019 | Transfer of approximately $5,000 from Investor 18, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| NINETEEN | 05/29/2019 | Transfer of approximately $10,100 from Investor 19, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| TWENTY | 06/24/2019 | Transfer of approximately $5,000 from Investor 20, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| TWENTY-ONE | 08/20/2019 | Transfer of approximately $8,000 from Investor 21, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| TWENTY-TWO | 08/29/2019 | Transfer of approximately $13,000 from Investor 22, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| TWENTY-THREE | 09/9/2019 | Transfer of approximately $15,000 from Investor 23, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| TWENTY-FOUR | 11/07/2019 | Transfer of approximately $10,000 from Investor 24, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| TWENTY-FIVE | 11/22/2019 | Transfer of approximately $50,000 from Investor 25, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| TWENTY-SIX | 12/13/2019 | Transfer of approximately $10,000 from Investor 26, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| TWENTY-SEVEN | 12/16/2019 | Transfer of approximately $60,000 from Investor 27, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| TWENTY-EIGHT | 12/18/2019 | Transfer of approximately $10,500 from Investor 28, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| TWENTY-NINE | 12/19/2019 | Transfer of approximately $2,500 from Investor 29, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| THIRTY | 12/19/2019 | Transfer of approximately $12,500 from Investor 30, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| THIRTY-ONE | 12/20/2019 | Transfer of approximately $25,000 from Investor 31, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| THIRTY-TWO | 01/16/2020 | Transfer of approximately $5,000 from Investor 32, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| THIRTY-THREE | 01/21/2020 | Transfer of approximately $1,000 from Investor 33, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| THIRTY-FOUR | 01/23/2020 | Transfer of approximately $50,000 from Investor 34, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| THIRTY-FIVE | 02/7/2020 | Transfer of approximately $26,500 from Investor 35, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| THIRTY-SIX | 02/14/2020 | Transfer of approximately $1,250 from Investor 36, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| THIRTY-SEVEN | 03/03/2020 | Transfer of approximately $50,005 from Investor 37, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |
| THIRTY-EIGHT | 09/21/2020 | Transfer of approximately $10,000 from Investor 38, by means of interstate wire communication, to the SHE Beverage Account to purchase shares in SHE Beverage. |

COUNT THIRTY-NINE

[18 U.S.C. § 1001(a)(2)]

21. The Grand Jury hereby repeats and realleges paragraphs 1-17 and 19-20 of this Indictment here.

22. On or about February 3, 2021, in Los Angeles, County, within the Central District of California, and elsewhere, and affecting an ongoing investigation into securities fraud within the jurisdiction of the executive branch of the government of the United States, specifically, the Securities and Exchange Commission ("SEC"), defendant ROSE knowingly and willfully made materially false statements and representations to the SEC knowing that these statements and representations were untrue, namely:

   a. Defendant ROSE falsely stated that she attended college at Southwest College, El Camino College, University of California, San Diego, and National College. In fact, as defendant ROSE then knew, defendant ROSE did not attend college at any of those institutions.

   b. Defendant ROSE falsely stated that 5Linx had offered to purchase SHE Beverage Company, LLC, in exchange for $500 million. In fact, as defendant ROSE then knew, 5Linx had not offered to buy SHE Beverage.

   c. Defendant ROSE falsely stated that she did not use SHE Beverage money to gamble at a casino. In fact, as defendant ROSE then knew, defendant ROSE had used funds belonging to SHE Beverage at several casinos.

14

FORFEITURE ALLEGATION

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of the defendant LUPE LOUISE ROSE's conviction of the offenses set forth in any of Counts One through Thirty-Eight of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to the offenses; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

   /s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

SCOTT PAETTY
Assistant United States Attorney
Deputy Chief, Major Frauds Section

JEFF MITCHELL
Assistant United States Attorney
Major Frauds Section