BLILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA SHAY
Assistant United States Attorney
Chief, Criminal Division
ALEXANDRA M. MICHAEL (Cal. Bar No. 360494)
DAVID PI (Cal. Bar No. 337432)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3756
    Facsimile: (213) 894-0141
    E-mail:    Alexandra.michael@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-0037-GW |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| LUPE LOUISE ROSE, | **[PROPOSED] TRIAL DATE: [5-5-2026]** |
| Defendant. | **[PROPOSED] PRETRIAL CONF. DATE: [4-21-2026]** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on August 8, 2025. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

1    The Court further finds that: (i) the ends of justice served by
2 the continuance outweigh the best interest of the public and
3 defendant in a speedy trial; (ii) failure to grant the continuance
4 would be likely to make a continuation of the proceeding impossible,
5 or result in a miscarriage of justice; and (iii) failure to grant the
6 continuance would unreasonably deny defendant continuity of counsel
7 and would deny defense counsel the reasonable time necessary for
8 effective preparation, taking into account the exercise of due
9 diligence.
10    THEREFORE, FOR GOOD CAUSE SHOWN:
11    1.   The trial in this matter is continued from September 17,
12 2025, to May 5, 2026 at 8:30 a.m.  The status pretrial conference is
13 continued to April 23, 2026 at 8:00 a.m.
14    2.   The time period from September 17, 2025 to May 5, 2026,
15 inclusive, is excluded in computing the time within which the trial
16 must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),
17 and (B)(iv).
18    3.   Defendant shall appear in Courtroom 9D of the Federal
19 Courthouse, 350 W. 1st Street, Los Angeles, California on April 21,
20 2026 at 8:30 a.m.
21    4.   Nothing in this Order shall preclude a finding that other
22 provisions of the Speedy Trial Act dictate that additional time
23 periods are excluded from the period within which trial must
24 commence.  Moreover, the same provisions and/or other provisions of
25
26 //
27 //
28

the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

August 8, 2025
DATE

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

    */s/*
ALEXANDRA M. MICHAEL
Assistant United States Attorney

3